1  Hassan Zavareei (State Bar No. 181547)
     hzavareei@tzlegal.com
2  **TYCKO & ZAVAREEI LLP**
   1970 Broadway, Suite 1070
3  Oakland, CA 94612
   Telephone: (510) 254-6808
4  Facsimile: (202) 973-0950

5  Melissa S. Weiner (*Pro Hac Vice* Forthcoming)
     mweiner@pswlaw.com
6  Joseph C. Bourne (State Bar No. 308196)
     jbourne@pswlaw.com
7  **PEARSON, SIMON & WARSHAW, LLP**
   800 LaSalle Avenue, Suite 2150
8  Minneapolis, MN 55402
   Telephone:  (612) 389-0600
9  Facsimile:  (612) 389-0610

10 Jeff Ostrow (*Pro Hac Vice* Forthcoming)
     ostrow@kolawyers.com
11 Jonathan M. Streisfeld (*Pro Hac Vice* Forthcoming)
     streisfeld@kolawyers.com
12 **KOPELOWITZ OSTROW FERGUSON
   WEISELBERG GILBERT**
13 One W. Las Olas Blvd., Suite 500
   Fort Lauderdale, FL 33301
14 Telephone: (954) 525-4100
   Facsimile: (954) 525-4300

15
   *Attorneys for Plaintiff*
16 *Additional Counsel in Signature Block*

17              **UNITED STATES DISTRICT COURT**

18      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 19  Kiana Horn, on behalf of herself and all others similarly situated, | CASE NO. |
| 20              Plaintiff, | **CLASS ACTION** |
| 21       vs. | **COMPLAINT** |
| 22  NuWave, LLC, | **DEMAND FOR JURY TRIAL** |
| 23              Defendant. | |
| 24 | |

25      Plaintiff Kiana Horn ("Plaintiff" or "Ms. Horn"), on behalf of herself and all

26 others similarly situated, brings this Class Action Complaint against Defendant

27 NuWave, LLC ("NuWave" or "Defendant") and in support alleges as follows.

28

## **INTRODUCTION**

1.      NuWave, LLC, founded in 1993, is a manufacturer and retailer of kitchen appliances. NuWave's flagship product is the NuWave Oven, a countertop oven that uses a combination of infrared, conduction, and convection heat to cook food.[1] NuWave claims that its ovens are unique because of their "high-quality plastic dome[s] … selected for their high durability."[2] By NuWave's own estimation, "over 6 million NuWave Ovens have been sold" since the product first launched.[3]

2.      NuWave markets and sells two of its four current NuWave Oven models, the NuWave Oven Pro and the NuWave Oven Pro Plus,[4] with clear plastic domes ("Standard Domes") that are susceptible to cracking after minimal usage. NuWave also markets and sells two of its four current NuWave Oven models, the NuWave Oven Pro Plus with Power Dome and the NuWave Oven Elite,[5] with amber-colored plastic domes ("Power Domes") that, although touted to be an improvement on the Standard Domes, are also susceptible to cracking after minimal usage. NuWave previously marketed and sold its original NuWave Oven.  All models of the ovens currently or previously sold are referred to herein as "NuWave Oven" or "Ovens." Both the Standard Domes and Power Domes are collectively referred to as "Domes."

3.      Accordingly, NuWave sells a product into the stream of commerce that

---

[1] *See Features*, NuWave, http://www.nuwaveoven.com/common/NW52T08/features.asp (last visited July 29, 2019).

[2] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited July 29, 2019).

[3] *About Us*, NuWave, https://nuwavenow.com/AboutUs (last visited July 29, 2019).

[4] *See Current NuWave Models*, NuWave, http://www.nuwaveoven.com/common/NW52T08/features.asp (last visited July 29, 2019).

[5] *See Current NuWave Models*, NuWave, http://www.nuwaveoven.com/common/NW52T08/features.asp (last visited Aug. 14, 2019).

(footnote continued)

2

1  does not perform as promised and suffers from a uniform defect.

2      4.    Notably, this defect is the subject of hundreds of online complaints,

3  many of which NuWave has publicly responded to.[6] Yet despite NuWave's

4  knowledge of the defect, it continues to falsely advertise the Ovens as being "high-

5  quality,"[7] "dishwasher safe,"[8] and "durable [and] shatter resistant."[9]

6      5.    These marketing representations constitute express warranties, as does

7  the following statement in the owner's manual NuWave provides to each purchaser of

8  the Ovens:

9      **The infrared cooking system including** power head, **dome**, cooking

10      rack, liner pan, base, and all electrical components **are to be free from**

11      **defects and [sic] workmanship** under normal household use, when

12  _____

13  [6] *See, e.g.*, *NuWave Oven Reviews and Complaints*, Pissed Consumer,

14  https://nuwave- oven.pissedconsumer.com/nuwave-oven-nuwave-dome-review-

15  from-orlando-florida- 20150617652076.html; https://nuwave-
oven.pissedconsumer.com/nuwave-oven-dome- 20150914699410.html;

16  https://nuwave-oven.pissedconsumer.com/nuwave-oven-nuwave-dome- review-

17  from-bellevue-washington-20150414621901.html; https://nuwave-
oven.pissedconsumer.com/nuwave-oven-nuwave-dome-review-from-port-lincoln-

18  south-australia-20150627656993.html;https://nuwave-

19  oven.pissedconsumer.com/nuwave-dome-issues-and- nuwave-wants-me-to-pay-65-
dollars-for-a-new-improved-dome-20150612649201.html (all last visited July 29,

20  2019).

21  [7] *See Frequently Asked Questions*, NuWave,
http://www.nuwaveoven.com/b239/asp/faq.asp (last visited last visited July 29,

22  2019).

23  [8] *Id.*
[9] *See NuWave Oven Product Pages*, Bed Bath and Beyond,

24  https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-
black/1043094011?Keyword=nuwave oven pro; J.C. Penny,

25  https://www.jcpenney.com/p/nuwave-oven-pro-

26  20631/pp5005430969?pTmplType=regular; Walmart,

27  https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all
last visited last visited July 29, 2019).

28  (footnote continued)

1   operated in accordance with the Manufacturer's written instructions
2   provided with each unit for one (1) year from date of purchase.[10]

3   6.     By selling its Ovens with a known defect that causes them to crack in
4   less than a year, NuWave violates these express warranties.

5   7.     NuWave also fails to live up to its promises when the defect manifests
6   itself. NuWave specifically warrants that it will provide replacement parts or repairs
7   for its Ovens within the one-year warranty period:

8   The NuWave Oven is covered for a full one (1) year under normal use.
9   NuWave, LLC will provide the necessary parts and labor to repair or
10  replace the NuWave Oven during this time.[11]

11  However, this offer is illusory. The Standard Dome is frequently out of stock, and
12  even when it is in stock, consumers must pay shipping and handling costs almost
13  equivalent to the price of the product in order to obtain one.

14  8.     In fact, instead of providing consumers with free, non-defective
15  replacements for their cracked and unusable Standard Domes, NuWave has a standard
16  practice of manipulating consumers into paying to upgrade to NuWave's newer, more
17  expensive Power Dome, an amber-colored dome which is advertised as being
18  "virtually indestructible."[12] NuWave specifically tells consumers who complain about

19  _____

20  [10] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC,
21  http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited
    last visited July 29, 2019) (emphasis added).
22  [11] *NuWave Oven Terms and Conditions*, NuWave
23  https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited July
    29, 2019). NuWave sometimes touts a three-year warranty on its Power Domes.
24  [12] The Power Dome currently retails for $48.90 on NuWave's website ($34.95 plus
25  approximately $13.95 shipping and handling).  Some consumers have reported that
    the company has offered to send them the new dome for a "warranty price" of
26  $20.00 plus shipping and handling. In any event, consumers should not have to pay
27  anything to replace their domes because of a defect NuWave promised it would
    remedy.
28  (footnote continued)

4

1   the defective Standard Domes that they should pay extra to upgrade to the Power

2   Dome in order to avoid future issues.[13] Notably, despite the company's claims that

3   the Power Dome is "shatter-resistant" and "uses similar technology applied in the

4   manufacturing of jumbo jet windshields and NASA spaceships,"[14] it is also

5   susceptible to cracking.[15]

6        9.    Consumers who, despite NuWave's unfair and deceptive tactics

7   described above, are able to obtain a replacement Standard Dome or Power Dome

8   find that it suffers from the same defect as the one they originally purchased. Many

9   consumers have gone through the trouble of replacing their defective Domes multiple

10  times, only to experience the same cracking each time.

11        10.   Plaintiff and consumers like her have all experienced the same defect—

12  failure of the Domes via cracking or shattering—after using the Ovens as directed.

13  Despite numerous consumer complaints, however, NuWave has not publicly

14  acknowledged the defect or attempted to fix it. Further, consumers cannot take

15  advantage of NuWave's one-year warranty as detailed herein.

16        11.   NuWave continues to promote and market its faulty Ovens and continues

17

---

18  [13] *See, e.g.*, *NuWave Oven Consumer Complaint*, Pissed Consumer https://nuwave-
19  oven.pissedconsumer.com/nuwave-oven-dome-20150914699410.html (last visited
     Apr. 30, 2018) (in response to a consumer complaint regarding a cracked oven
20  dome, Jessica C., a verified NuWave representative writes: "Nuwave continues to
21  strive to update and refine our products to be more modern and efficient. That being
     said we do now offer our new Power Dome … The virtually- indestructible Power
22  Dome is built to withstand extreme temperatures … the Power Dome uses similar
23  technology applied in the manufacturing of jumbo jet windshields and NASA
     spaceships.").
24  [14] *Id.*
25  [15] *See, e.g., NuWave Oven Consumer Complaints and Reviews*, Pissed Consumer
     https://nuwave- oven.pissedconsumer.com/power-dome-20130330396828.html;
26  https://nuwave-oven.pissedconsumer.com/elite-model-w-super-dome-cracked-after-
27  only-11-mos-despite-3-yr-warranty-20140918536002.html (last visited July 29,
     2019).
28  (footnote continued)

1  to profit handsomely from their sale, as well as from the sale of its Power Domes,
2  which consumers are urged to buy when their Standard Domes fail, or they complain
3  about the defect. NuWave's conduct is deceptive and harmful to consumers.

4  12.    The Domes are a material feature of the Ovens. Without intact domes,
5  the ovens are essentially worthless. Not only are ovens with cracked Domes incapable
6  of properly retaining heat, they are also not safe to use. Specifically, the cracked
7  Domes may emit heat, steam, or hot oil that can cause burns or other injuries. The
8  cracked Domes also pose a fire hazard. Indeed, the first page of the NuWave Oven
9  Pro Plus owner's manual instructs consumers to "never operate this appliance if it has
10 … [been] damaged."[16]

11  13.    Reasonable consumers expect that the Ovens, which retail for up to
12  $150.80 on NuWave's website,[17] will continue to be functional and safe after minimal
13  use. And reasonable consumers, including Plaintiff, would not have purchased the
14  Ovens, or would have paid less for them, had they known the ovens suffer from a
15  defect that causes their domes to crack.

16  14.    As a result of the defect in the Ovens, which is well-documented and
17  known to Defendant, Plaintiff and the proposed class have suffered damages.

18  **JURISDICTION AND VENUE**

19  15.    This Court has original jurisdiction over this civil action under 28 U.S.C.
20  § 1332(d) because this action is a class action filed under Rule 23 of the Federal Rules
21  of Civil Procedure, the amount in controversy exceeds $5,000,000 exclusive of
22  interest and costs, and there are members of the class who are citizens of a different
23  state than the Defendant NuWave.

24  16.    This Court has personal jurisdiction over Defendant for reasons
25

26  [16] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC,
27  http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited July 29, 2019).
28  [17] $119.85 plus approximately $30.95 shipping and handling.

6

including but not limited to the following: Plaintiff's claims against NuWave arise out of its conduct within the State of California, including its dissemination within the State of California of false and misleading representations, including but not limited to its claims that the Ovens are "high-quality" and "durable [and] shatter resistant" when, in fact, they are not.

17.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

## PARTIES

18.    Plaintiff Kiana Horn is a citizen of California who resides in Lancaster, California.

19.    Defendant NuWave, LLC, is an Illinois limited liability company with its headquarters and principal place of business in Libertyville, Illinois. NuWave designs, manufactures, and markets a range of kitchen appliances, including various models of the NuWave Oven, the NuWave Precision Induction Cooktop, the NuWave Brio Digital Air Fryer, and the NuWave Nutri-Pot Digital Pressure Cooker. NuWave sells its products globally through its website, as well as through various retailers, including Walmart, Macy's, Kohl's, Bed Bath and Beyond, Home Depot, Sears, Best Buy, and Target.

## CLASS ACTION ALLEGATIONS

20.    Plaintiff brings this action on behalf of herself and the members of a class comprised of:

> All persons residing in the State of California who purchased the NuWave Standard Dome and/or Power Dome and/or any NuWave Oven Model containing the Standard Dome or Power Dome, including the NuWave Oven, NuWave Oven Pro, NuWave Oven Pro Plus, NuWave Oven Pro Plus with Power Dome, and NuWave Oven Elite

1      primarily for personal, family or household purposes, and not for resale

2      (the "Class").

3      21.     The questions here are ones of common or general interest such that there

4 is a well-defined community of interest among the class members. These questions

5 predominate over questions that may affect only individual class members because

6 NuWave has acted on grounds generally applicable to the class with respect to its

7 Ovens and Standard Domes, and Power Domes ("the Products"). Such common legal

8 or factual questions include, but are not limited to:

9          a.     Whether the Products are defective;

10          b.     Whether the Products are defectively designed and/or

11                 manufactured;

12          c.     Whether Defendant knew or reasonably should have known about

13                 the defects prior to distributing the Products to Plaintiff and the

14                 Class;

15          d.     Whether Defendant concealed from and/or failed to disclose to

16                 Plaintiff and the Class the problems with the Products;

17          e.     Whether Defendant knew or reasonably should have known about

18                 the defects after distributing the Products to Plaintiff and the

19                 Class;

20          f.     Whether Defendant breached express warranties relating to the

21                 Products;

22          g.     Whether Defendant breached implied warranties relating to the

23                 Products;

24          h.     Whether Defendant was unjustly enriched by receiving moneys in

25                 exchange for Products that were defective;

26          i.     Whether Defendant should be ordered to disgorge all or part of the

27                 ill-gotten profits it received from the sale of the defective Products;

28          j.     Whether Plaintiff and the class are entitled to damages, including

1    compensatory, exemplary, and statutory damages, and the amount

2    of such damages;

3    k.    Whether Defendant should be enjoined from selling and

4    marketing its defective Products; and

5    l.    Whether Defendant engaged in unfair, unconscionable, or

6    deceptive trade practices by selling and/or marketing the defective

7    Products.

8    22.    Members of the Class are so numerous that joinder is impracticable.

9    While the exact number of class members is unknown to Plaintiff, it is believed that

10    each comprises thousands of members geographically disbursed throughout the

11    United States.

12    23.    It is impracticable to bring class members' individual claims before the

13    Court. Class treatment permits a large number of similarly situated persons or entities

14    to prosecute their common claims in a single forum simultaneously, efficiently, and

15    without the unnecessary duplication of evidence, effort, expense, or the possibility of

16    inconsistent or contradictory judgments that numerous individual actions would

17    engender. The benefits of the class mechanism, including providing injured persons

18    or entities with a method for obtaining redress on claims that might not be practicable

19    to pursue individually, substantially outweigh any difficulties that may arise in the

20    management of this class action.

21    24.    Plaintiff's claims are typical of the members of the Class as all class

22    members are similarly affected by NuWave's actionable conduct. Plaintiff and all

23    members of the Class purchased the Products when they contained a common defect

24    that makes them worthless. In addition, NuWave's conduct that gave rise to the claims

25    of Plaintiff and class members (i.e., delivering defective Ovens and Domes, making

26    false claims with respect to the Ovens and Domes, and breaching warranties

27    respecting the Ovens and Domes) is the same for all members of the class.

28    25.    Plaintiff will fairly and adequately protect the interests of the members

1  of the Class because she has no interests antagonistic to, or in conflict with, the

2  consumers that she seeks to represent. Furthermore, Plaintiff has retained counsel

3  experienced and competent in the prosecution of complex class action litigation.

4      26.    Plaintiff knows of no difficulty to be encountered in this action that

5  would preclude its maintenance as a class action.

6      27.    Defendant has acted or refused to act on grounds generally applicable to

7  the class, thereby making final injunctive relief or corresponding declaratory relief

8  with respect to the class as a whole appropriate

9              **FACTUAL BACKGROUND AND GENERAL ALLEGATIONS**

10  **A.    NuWave's Deceptive and Misleading Marketing of Its Ovens and Domes**

11      28.    NuWave first introduced its line of signature countertop ovens in 2002.[18]

12  Since then, the company has spent millions of dollars on marketing the ovens,

13  including through a series of infomercials which "have dominated the media for over

14  15 years."[19] In these infomercials, NuWave boasts that its ovens are "the number one

15  infrared cooking device[s] in the world" and claims they are able to cook food "up to

16  50% faster than a conventional oven, while using up to 85% less energy." NuWave's

17  aggressive marketing campaign has been enormously effective. The company claims

18  that "over 6 million NuWave Ovens have been sold since its launch."[20]

19      29.    NuWave specifically states in its infomercials that the Ovens are "safe

20  for the consumer,"[21] and claims on its website that the Standard Domes on the Ovens

---

22  [18] *NuWave Oven: 20 Years of Continuous Innovation and Growing*, NuWave,

23  https://nuwavenow.com/Timeline?ref_version=DIRECT (last visited July 29, 2019).

    [19] *NuWave Oven Infomercial Archive*, NuWave,

24  https://nuwavenow.com/Infomercial?ref_version=DIRECT (last visited July 29, 2019).

25  [20] *About Us*, NuWave, https://nuwavenow.com/AboutUs (last visited July 29, 2019).

26  [21] *See NuWave Oven Infomercial*, YouTube,

27  https://www.youtube.com/watch?v=nSPduK_iMhU at 4:00 P.M. (last visited July 29, 2019).

28  (footnote continued)

are "high-quality,"[22] "dishwasher safe,"[23] and "selected for their high durability."[24] In fact, several versions of the boxes for the Pro Model Ovens have referred to the Standard Domes as "lightweight [and] durable" and made of "highly durable polycarbonate," as shown below.[25]



30.    Furthermore, several retailers that sell the Ovens, including Bed Bath and Beyond, J.C. Penny, and Walmart, relying on information supplied and approved by NuWave, currently advertise them as having "[d]urable, shatter resistant polycarbonate dome[s]."[26]

31.    However, a virtually unending stream of consumer complaints contradict

---

[22] *Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited July 29, 2019).
[23] *Id.*
[24] *Id.*
[25] Arrows inserted.
[26] *See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited July 29, 2019).
(footnote continued)

NuWave's representations about the quality and durability of its Ovens:

> I was cooking something on my nuwave and **the dome cracked** … I
> payed [sic] to [sic] much MONEY for this to happen. **They said it was**
> **durable**.[27]

* * *

> **Dome cracked** in several places … **the add [sic] said it was**
> **indestructible**! Now, I find out, this is typical![28]

> … the plastic dome always ends up cracking also the **commercial**
> **states it is dishwasher safe**.[29]

* * *

> **Cracked. Said was durable**. Misrepresented. I shouldn' [sic] pay for
> defected [sic] product[30]

* * *

> Nuwave advertises the dome is durable.  Misrepresented.[31]

* * *

---

[27] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/4/RT-P.html (last visited July 29, 2019).

[28] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-in-several-places-201712231154747.html (last visited July 29, 2019).

[29] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/the-nuwave-oven-is-amazing-however-201706051056749.html (last visited July 29, 2019).

[30] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702201010995.html (last visited July 29, 2019).

[31] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702191010920.html (last visited July 29, 2019).

(footnote continued)

I had my unit 6 months then the dome melted and cracked.[32]

* * *

My dome cracked … I have taken very good care of it, hand wash only,

and it sits on the counter so it's not moved to and from places.[33]

32.    Many consumers have reported that they have gone through multiple

domes only to experience the exact same defect every time—after minimal use, the

dome cracks:

Since I have purchased my nuwave oven **I had to buy the plastic dome

4 times** because it keeps cracking.[34]

* * *

While in use at normal use the dome cracked and the crack continued

to grow. **This is the second dome to crack**. I will not purchase another

Nu- Wave Oven.[35]

* * *

**I have 3 nu waves and love the oven, but the domes keep cracking**.

I bought 2 ovens last year at the same time and the first dome broke

within a couple months. And a few months later the 2nd one broke.[36]

---

[32] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/faulty-dome-201803231217172.html (last visited July 29, 2019).

[33] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-and-warped-201801161170327.html (last visited July 29, 2019).

[34] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/sick-and-tired-of-have-to-spend-money-each-time-my-nuwave-plastic-dome-cracks-201704111032919.html (last visited July 29, 2019).

[35] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-201704041029941.html (last visited July 29, 2019).

[36] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-
(footnote continued)

13

\* \* \*

Not only did the orginal [sic] dome crack after 9 months but I then purchased another one at full price. **Now my second dome has broken in a little less then [sic] a year.**[37]

\* \* \*

Got one for my daughter and she is having the same issues with hers. So that makes 2 NuWave ovens that are not living up to expectations.[38]

\* \* \*

I have had two of these Nuwave products & **both times the dome has cracked** … with all the reviews about the same problem occurring why doesn't Nuwave look into this and fix it.[39]

\* \* \*

**I have owned 2 and plastic domes cracked** to pieces will not hold up to heat after 10 uses pure junk will never buy again.[40]

\* \* \*

---

oven.pissedconsumer.com/dome-is-no-good-201802151190771.html (last visited July 29, 2019).

[37] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/defective-dome-horrible-customer-service-201802221195203.html (last visited July 29, 2019).

[38] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/clear-dome-cracks-and-continues-to-crack-20170112990129.html (last visited July 29, 2019).

[39] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/cracked-dome-201802051183487.html (last visited July 29, 2019).

[40] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/defective-plastic-dome-201709251105791.html (last visited July 29, 2019).

(footnote continued)

1      **I have bought three of these things and the domes continue to crack**

2      … I feel the company should recall and replace all the domes that have

3      cracked for no reason.[41]

4          33.     Many of the online complaints are accompanied by pictures that show

5      cracking that ranges from bad to catastrophic:[42]

6      / / /

7      / / /

8      / / /

9      / / /

10     / / /

11     / / /

12     / / /

---

[41] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-keeps-breaking-201707291081099.html (last visited July 29, 2019).

[42] The sources of these photographs, in order, are: https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702201010995.html; https://nuwave-oven.pissedconsumer.com/clear-dome-cracks-and-continues-to-crack-20170112990129.html; https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-from-stevensville-maryland-20160222795606.html; https://nuwave-oven.pissedconsumer.com/14/RT-P.html; https://nuwave-oven.pissedconsumer.com/the-dome-is-cracked-in-several-places-201711291139084.html (all last visited July 29, 2019).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28









34.     The problem is not only that NuWave sells defective products—and that NuWave misleadingly and deceptively markets those products as "high quality," "durable," "safe," and "shatter resistant" when they are demonstrably not—but also that NuWave attempts to cover up the problem rather than acknowledging or fixing it. Many consumers have complained that, when they have contacted NuWave customer service to try and get a replacement dome, they have been kept in the dark or explicitly misled about the fact that the cracking is a common, known defect associated with the Domes:

**They did not tell this was an ongoing problem** and charged me to replace the dome PLUS postage and handling.[43]

\* \* \*

Called customer service representative **was told no know [sic] defects had been reported**.[44]

35.    NuWave's evasive conduct is even more troubling in light of the fact that it is undeniably aware of the huge volume of complaints about the Domes' cracking defect. In fact, a verified representative of NuWave with the username "Jessica C." has responded to hundreds of complaints about the ovens, many of which pertain to cracked domes, on www.pissedconsumer.com, a popular consumer review website.[45]

36.    Based on NuWave's deceptive marketing of the Ovens, Plaintiff and members of the Class reasonably believed that they were purchasing products which are durable, made from high-quality materials, and free from defects, when in reality, the Ovens suffer from a uniform defect that causes them to crack or shatter after minimal use.

37.    Despite their awareness of the many consumer complaints regarding the cracking defect, NuWave continues to represent to consumers that the Ovens are "safe

---

[43] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-and-also-wire-grilled-broke-20170117992443.html (last visited July 29, 2019).

[44] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-20170116991673.html (last visited Apr. 30, 2018).

[45] In order to be designated a "verified company representative" on www.pissedconsumer.com, a user must upload business verification documents such as an internet, phone, or electricity bill, seller's permit, business card, IRS issued FEIN assignment letter, or business license. *See* https://www.pissedconsumer.com/business-solutions/signUpPlan.html?contract_type=free-plan.

(footnote continued)

for the consumer,"[46] "high-quality,"[47] and "dishwasher safe,"[48] and that the Standard Domes on the Ovens are "selected for their high durability,"[49] "lightweight [and] durable," and made of "highly durable" and "shatter resistant polycarbonate."[50]

38.    In this way, NuWave actively misleads consumers about the true nature the Ovens and their Domes. Reasonable consumers would consider the existence of a cracking defect to be important in determining whether to purchase the Ovens and Domes, given that the Ovens cannot be used with damaged domes.

39.    NuWave knows, or reasonably should know, that its representations are deceptive, misleading, and unlawful, and intends that consumers rely on them.

40.    As the direct and proximate result of NuWave's false, deceptive and/or misleading statements, Plaintiff and members of the putative Class have suffered injury in fact and a loss of money or property through the out-of-pocket costs expended to purchase the Ovens and Domes.

**B.    NuWave Breaches Its Express Warranties**

**i.    NuWave Breaches Its Express Warranties Regarding the Quality, Durability, and Workmanship of Its Ovens and Domes**

---

[46] *See NuWave Oven Infomercial*, YouTube, https://www.youtube.com/watch?v=nSPduK_iMhU at 1:12 P.M. (last visited July 29, 2019).
[47] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited July 29, 2019).
[48] *Id.*
[49] *Id.*
[50] *See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited July 29, 2019).
(footnote continued)

41.    By making the representations described above—specifically, that the Ovens are "safe for the consumer,"[51] "high-quality,"[52] and "dishwasher safe,"[53] and that the Domes on the Ovens are "selected for their high durability,"[54] "lightweight [and] durable," and made of "highly durable" and "shatter resistant polycarbonate"[55]—NuWave expressly warrants that the Ovens will remain intact and continue to be functional after a reasonable period of use.

42.    In addition to the express warranties contained in its marketing materials, NuWave provides each purchaser of an Oven with an owner's manual that contains a warranty stating that the Ovens and their Domes are free from defects:

> The infrared cooking system including power head, dome, cooking rack, liner pan, base, and all electrical components are to be free from defects and [sic] workmanship under normal household use, when operated in accordance with the Manufacturer's written instructions provided with each unit for one (1) year from date of purchase.[56]

43.    Both NuWave's marketing language and the written warranty contained

---

[51] *See NuWave Oven Infomercial*, YouTube, https://www.youtube.com/watch?v=nSPduK_iMhU at 10:15 A.M. (last visited July 30, 2019).

[52] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited July 30, 2019).

[53] *Id.*

[54] *Id.*

[55] *See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited July 29, 2019).

[56] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC, http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited July 30, 2019).

1  in the owner's manual form the basis of the bargain for consumers.

2      44.    NuWave violates these express written warranties by selling its Pro

3  Model Ovens with a known defect that causes them to crack in less than a year.

4      **ii.    NuWave Breaches Its Express Warranty Regarding Consumers'**

5           **Right to Obtain Replacement Parts**

6      45.    In addition to violating its express written warranties with respect to the

7  quality and workmanship of its products, NuWave also fails to honor its promise to

8  replace or repair defective parts within the one-year warranty period applicable to the

9  Power Dome and three-year warranty on some Power Domes.

10     46.    When consumers attempt to take advantage of this warranty, however,

11 they find that the Standard Dome is not in stock, or if it is, they must pay unreasonable

12 shipping costs to obtain it:

13     My unit was 7 months old … **despite still being under "warranty",**

14     **they would not replace it** … [The customer service representative]

15     first offered me the upgraded "power dome" for $20 plus $13.95

16     shipping. When I told them that was unreasonable, I was then told they

17     would lower the shipping to $9.95, cost of dome is the same.[57]

18                              * * *

19     That dome cracked into 3 pieces. I called New Wave, and i was told

20     that **if i would only spend $50.00 more dollars, they would send a**

21     **new one** that has a 3 year warranty. Why would i want to spend an

22     additional $50.00 for something that will not last more than 3 years,

23     after paying over $100.00 for my oven?[58]

24  _____

25  [57] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-

26  oven.pissedconsumer.com/defective-dome-horrible-customer-service-

27  201802221195203.html (last visited July 29, 2019).

    [58] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-

28  (footnote continued)

* * *

New wave want to charge you to replace it … they claim to have one is stronger on newer models that last longer, still plastic. But that leave us still with no good replacement for those that have the old models.[59]

* * *

Original oven dome cracked, two long sweeping cracks … **No replacements available.** Like an unsuspecting consumer I assumed the fault was mine and purchased the power pro plus."[60]

* * *

I have now purchased 4 nu wave ovens. Every Dome cracks within the first couple of months in use … **The company refuses to replace the plastic domes and when customers to buy new ones each time …The domes are never in stock** from the 1st nuwave I purchased to the 4 one that is now broken.[61]

* * *

I change 2 times my dome and payed [sic] for the shipping and still cracked in 1 week. Now they are asking me to pay another $20 to send

_____

oven.pissedconsumer.com/nuwave-double-dipping-201707141074161.html (last visited July 29, 2019).

[59] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-new-wave-oven-201709071097525.html (last visited July 29, 2019).

[60] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-201703121020003.html (last visited July 29, 2019).

[61] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nu-wave-dome-issues-20170126997904.html (last visited July 29, 2019).

(footnote continued)

me a [sic] upgrade dome because **they don't have anymore the clear
one**. They are a scam don't buy it and don't trust them.[62]

47.     In  addition  to  confirming  that  NuWave  makes  it  impossible  or
unreasonably costly for consumers to obtain replacement Standard Domes, these
complaints also reveal a troubling pattern. Specifically, they demonstrate that when
consumers complain about their cracked Standard Domes, NuWave has a standard
practice of failing and/or refusing to offer a replacement, and instead pressuring them
to pay to upgrade to NuWave's newer, more expensive Power Dome.

48.     On the consumer complaint website, www.pissedconsumer.com, almost
all of NuWave's responses to consumer complaints about cracked domes contain the
following language, which urges consumers to upgrade to the Power Dome:

> Dear Nuwave Oven Customer,
>
> Thank you for your honest feedback. Nuwave sincerely apologizes for
> the issues you are having with your Nuwave dome … Nuwave
> continues to strive to update and refine our products to be more modern
> and efficient. That being said, we do now offer our new Power Dome
> … The virtually- indestructible Power Dome is built to withstand
> extreme temperatures. Made from polyphenylsulfone (PPSU), a
> material which delivers superior impact resistance while remaining
> BPA-free, the Power Dome uses similar technology applied in the
> manufacturing of jumbo jet windshields and NASA spaceships. In fact,
> the Power Dome is so strong, it's backed by a 3- year warranty.[63]

---

[62] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/new-wave-oven-20170118993387.html (last visited July 29, 2019).

[63] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nu-wave-dome-issues-20170126997904.html (last visited July 29, 2019).

1   This statement confirms what the consumer complaints make clear—that when
2   consumers contact NuWave to complain about the defective Standard Domes, the
3   company tries to extract more money from them by encouraging them to purchase the
4   newer, more expensive, and supposedly stronger Power Dome.

5       49.     This "solution" is no solution at all. As one consumer succinctly put it,
6   after receiving the response above:

> when I called for remediation, your company offered to sell me another
> part … I think you are responsible for the poor choice of materials, poor
> construction, and therefore should upgrade on any all of the products
> out there in the field with similar problems. I see this as dodging the
> issue, and surely not a fair solution.[64]

### THE EXPERIENCE OF THE NAMED PLAINTIFF

13      50.     Plaintiff Horn purchased a NuWave Pro Oven with Standard Dome for
14  her personal use.

15      51.     She made her purchase over the phone directly from NuWave after
16  watching an infomercial on television in the late summer of 2015.  Shortly after her
17  purchase, Ms. Horn's Oven was delivered to her home in Lancaster, California.

18      52.     In less than one year after her purchase, Plaintiff Horn's Standard Dome
19  cracked, rendering the Oven unusable.

20      53.     Shortly after her Standard Dome cracked, she contacted NuWave to ask
21  NuWave to honor its warranty. Instead of doing so, NuWave attempted to sell her a
22  "new and improved dome," which Ms. Horn flatly refused. She was and remains
23  unwilling to "upgrade" her dome at additional cost because she believes it is unfair

_____

[64] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-sidesteps-responsibility-for-shabby-workmanship-design-but-offers-to-sell-you-replacement-parts-to-remedy-the-problem-201801231174802.html (last visited July 29, 2019) (emphasis added).

1  for NuWave to require her to expend additional resources to replace her defective

2  dome.

3       54.    A few weeks after refusing to come out of pocket for a replacement

4  dome, and due to the fact that NuWave refused to honor its warranty, Plaintiff Horn's

5  mother purchased a replacement Standard dome directly from NuWave for the sole

6  purpose of replacing Plaintiff Horn's cracked dome. Plaintiff Horn accepted her

7  mother's gift and was the exclusive user of the replacement Standard Dome.

8       55.    Approximately one year later, the replacement dome cracked rendering

9  it and her oven unusable.

10       56.    Prior to her purchase, Ms. Horn saw advertisements for the NuWave

11  Oven Pro that claimed it was a high-quality, reliable product. She purchased the oven

12  in reliance upon those promises—believing that the NuWave oven was, in fact,

13  durable and built from high-quality materials and would not prematurely fail. Ms.

14  Horn suffered injury as a result of the purchases of the NuWave Oven Pro and

15  replacement Standard Dome because she was deceived into purchasing them based

16  on Defendant's representations.

17       57.    At no time did Defendant provide Ms. Horn with any warnings

18  concerning the cracking defect associated with its Ovens. Had Plaintiff Horn known

19  of the existence of the defect, she would not have purchased the Oven or replacement

20  Standard Dome or would have paid significantly less for them.

21       58.    Additionally, had Plaintiff Horn known the NuWave Ovens were not

22  "high quality," "durable," "safe," or "shatter resistant," she would not have purchased

23  them or would have paid significantly less for them.

24       59.    Plaintiff Horn would purchase NuWave Pro Model Ovens and/or Domes

25  in the future to the extent she could be assured they were not defective.

26

27

28

# FIRST CLAIM FOR RELIEF

## Breach of Express Warranty

## Cal. Com. Code § 2313

60.     Plaintiff incorporates by reference the allegations set forth above.

61.     Plaintiff and the members of the Class formed a contract with Defendant at the time they purchased the Products. As part of that contract, Defendant represents that the Products are "high quality," "durable," "safe," and "shatter resistant," and by providing consumers with owner's manuals stating that "the infrared cooking system including … dome … are to be free from defects and [sic] workmanship under normal household use."[65]

62.     These representations constitute express warranties and became part of the basis of the bargain between Plaintiff and the members of the Class, on the one hand, and Defendant, on the other.

63.     Defendant made the above-described representations to induce Plaintiff and the members of the Class to purchase the Products, and Plaintiff and the members of the Class relied on the representations in purchasing the Products.

64.     All conditions precedent to Defendant's liability under the above-referenced contract have been performed by Plaintiff and the other members of the Class.

65.     Defendant breached the express warranties about the Products because, as alleged above, the Products are not "high quality," "durable," "safe," and "shatter resistant," as promised, nor is the "dome … free from defects and [sic] workmanship under normal household use" as Defendant claims in the owner's manual.

66.     As a result of Defendant's breaches of express warranty, Plaintiff and

---

[65] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC, http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited July 29, 2019).

26

1  the other members of the Class were damaged in the amount of the premium price
2  they paid for the Products, in amounts to be proven at trial.

3      67.    Additionally, NuWave breached its express warranty stating that it would
4  replace or repair, free of charge, any defective NuWave Ovens. NuWave's one-year
5  warranty states:

6          The NuWave Oven is covered for a full one (1) year under normal use.
7          NuWave, LLC will provide the necessary parts and labor to repair or
8          replace the NuWave Oven during this time.

9  NuWave breached this express warranty by repeatedly failing to repair or replace
10 Plaintiff's and Class members defective Domes with non-defective products. At no time
11 has NuWave offered a permanent or adequate repair or replacement of the defective
12 Ovens.

13     68.    Plaintiff relied on NuWave's express warranties regarding the
14 characteristics and qualities of the Ovens.

15     69.    As a result of the foregoing breaches of express warranty, Plaintiff and
16 the Class members have been damaged in that they purchased Ovens that could not
17 perform as warranted; did not receive the benefit of the bargain of their purchases
18 including the promise of free replacement or repair; and did not receive a permanent
19 or adequate repair or replacement products under NuWave's one-year warranty.

20     70.    Plaintiff's demand on NuWave to honor its warranty and NuWave's
21 failure or refusal to honor its warranty, as alleged above, satisfies any obligation for
22 Plaintiff to provide reasonable notice to NuWave in advance of filing this claim.

23     71.    Plaintiff and the members of the Class seek all damages permitted by law
24 in an amount to be determined at trial.

25              **SECOND CLAIM FOR RELIEF**
26          **Breach of Implied Warranty of Merchantability**
27              **Cal. Com. Code § 2314**

28     72.    Plaintiff incorporates by reference the allegations set forth above.

27

73.    Under California law, "a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind." Cal. Com. Code § 2314(1). Further, "[g]oods to be merchantable must be at least such as . . . [c]onform to the promises or affirmations of fact made on the container or label if any." Cal. Com. Code § 2314(2)(f).

74.    NuWave is a "merchant" of the Ovens because NuWave is a retail seller of countertop ovens and parts and routinely sells a wide variety of kitchen appliances.

75.    NuWave is also the manufacturer of the Ovens.

76.    Plaintiff and members of the Class are "buyers" of the Ovens because they purchased their ovens for personal use.

77.    NuWave impliedly warranted to Plaintiff and Class members that its Ovens were "merchantable" within the common meaning of "merchantability" expressed in Cal. Com. Code § 2314(2)(f).

78.    If Plaintiff and other members of the Class had known that the Ovens did not conform to NuWave's promise or affirmation of fact, they would not have purchased such Products or would have paid less for them. Therefore, as a direct and/or indirect result of NuWave's breach, Plaintiff and other members of the Class have suffered injury and deserve to recover all damages permitted by law in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF

### Violation of the Consumers Legal Remedies Act ("CLRA")

### Cal. Civ. Code § 1750 *et seq.*

79.    Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

80.    Plaintiff and other members of the Class are "consumers" as defined by the CLRA. The Products are "goods" within the meaning of the CLRA. NuWave is the "supplier" and/or "seller" within the meaning of the CLRA.

81.    The CLRA prohibits NuWave from, among other things: (a)

"Advertising goods or services with intent not to sell them as advertised," Cal. Civ. Code § 1770(a)(9); (b) "Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another," Cal. Civ. Code § 1770(a)(7); and (c) "Representing that a transaction confers or involves rights, remedies, or obligations that it does not have or involve," Cal. Civ. Code § 1770(a)(14).

82.    NuWave violated those provisions of the CLRA by selling the Products to Plaintiff and Class members when it knew the Products were defective, rather than of a high quality as it advertised.

83.    Plaintiff and other members of the Class relied on NuWave's misrepresentations in deciding whether to purchase the Products.

84.    As a direct and proximate result of NuWave's conduct, Plaintiff and other members of the Class were injured.

85.    Plaintiff is concurrently serving NuWave with a CLRA notification via certified mail, return receipt requested.

86.    The notice letter sets forth the relevant facts, notifies NuWave of its CLRA violations, and requests that NuWave promptly remedy those violations.

87.    This cause of action currently only seeks injunctive relief. Plaintiff, individually and on behalf of the Class, will amend this complaint to add damages claims if Defendant does not remedy its violations as to Plaintiff and the members of the Class within 30 days of receipt of Plaintiff's CLRA notice letter.

88.    Pursuant to Cal. Civ. Code § 1782(a)(2), Plaintiff, on behalf of herself and members of the Class, demands judgment against Defendant under the CLRA for injunctive and equitable relief only to enjoin the practices described herein. Plaintiff also seeks to recover her and the Class members' reasonable attorneys' fees, costs, and litigation expenses incurred.

89.    Plaintiff, individually and as a member of the Class, has no adequate remedy at law for the future unlawful acts, methods, or practices as set forth above.

90. Pursuant to § 1780(d) of the CLRA, attached hereto as Exhibit A is the affidavit showing that this action has been commenced in the proper forum.

## FOURTH CLAIM FOR RELIEF

### Violation of the False Advertising Law ("FAL")

### Cal. Bus. & Prof. Code § 17500 *et seq.*

91. Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

92. Plaintiff brings this claim for violation of the FAL on behalf of the Class.

93. The FAL, in relevant part, states that "[i]t is unlawful for any . . . corporation . . . with intent . . . to dispose of . . . personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or proclamation, or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading." Cal. Bus. & Prof. Code § 17500.

94. NuWave violated the FAL by selling the Products to Plaintiff and Class members when it knew the Products were defective, rather than of a high quality as it advertised.

95. Plaintiff and other members of the Class relied on NuWave's misrepresentations in deciding whether to purchase the Products.

96. As a direct and proximate result of NuWave's conduct, Plaintiff and other members of the Class were injured and lost money.

97. Pursuant to California Business & Professions Code §§ 17203 and 17500, Plaintiff requests that this Court cause Defendant to restore this fraudulently obtained money to Plaintiff and members of the Class, to disgorge the profits Defendant made on these transactions, and to enjoin Defendant from violating the

1 | FAL or violating it in the same fashion in the future as discussed herein.  Otherwise,
2 | Plaintiff and members of the Class may be irreparably harmed and/or denied an
3 | effective and complete remedy if such an order is not granted.

**FIFTH CLAIM FOR RELIEF**

**Violation of the Unfair Competition Law ("UCL")**

**Cal. Bus. & Prof. Code § 17200 *et seq.***

98.    Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

99.    Plaintiff brings this claim for violation of the UCL on behalf of the Class.

100.    The circumstances giving rise to Plaintiff's and the Class members' allegations include Defendant's corporate policies regarding the sale and marketing of the Products.

101.    Under the UCL, "unfair competition" means and includes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by" the CLRA or other law. Cal. Bus. & Prof. Code § 17200.

102.    By engaging in the acts and practices described herein, Defendant commits one or more acts of "unfair competition" as the UCL defines the term.

103.    Defendant committed, and continues to commit, "unlawful" business acts or practices by violating the CLRA, FAL, and warranty statutes, as described above.

104.    Defendant committed, and continues to commit, "fraudulent" business acts or practices by selling the Products to Plaintiff and Class members when it knew the Products were defective, rather than of a high quality as it advertised.

105.    Defendant committed, and continues to commit, "unfair" business acts or practices by, among other things:

a.    engaging in conduct for which the utility of the conduct, if any, is outweighed by the gravity of the consequences to Plaintiff and the

members of the Class;

b.   engaging in conduct that is immoral, unethical, oppressive, unscrupulous, or substantially injurious to Plaintiff and the members of the Class; and

c.   engaging in conduct that undermines or violates the spirit or intent of the consumer protection laws that this Complaint invokes.

106.   Defendant commits unlawful, unfair, and/or fraudulent business acts or practices by, among other things, engaging in conduct Defendant knew or should have known was likely to and does deceive reasonable consumers, including Plaintiff and the Class members.

107.   As detailed above, Defendant's unlawful, unfair, and/or fraudulent practices include making and distributing Products that are not of "high quality," "durable," "safe," and "shatter resistant" and by providing consumers with owner's manuals falsely stating the "dome … are to be free from defects and [sic] workmanship under normal household use."

108.   Plaintiff and the Class members believed Defendant's representations about the quality and durability of the Products. Plaintiff and the Class members would not purchase the Products, but for Defendant's misleading statements about the Products and had they known they were sold with defective parts.

109.   Plaintiff and the Class members are injured in fact and lost money as a result of Defendant's conduct of misrepresenting that its Ovens were free of defects.

110.   Plaintiff and the Class members seek declaratory relief, restitution for monies wrongfully obtained, disgorgement of ill-gotten revenues and/or profits, injunctive relief, and other relief allowable under Cal. Bus. & Prof. Code § 17203, including enjoining Defendant from continuing to engage in its unfair, unlawful, and/or fraudulent conduct alleged herein.

**SIXTH CLAIM FOR RELIEF**

**Unjust Enrichment/Quasi-Contract**

111. Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

112. Plaintiff and members of the Class conferred a benefit upon NuWave. Namely, Plaintiff and members of the Class paid money to NuWave, directly and indirectly, for the Ovens.

113. NuWave voluntarily accepted and retained the monetary benefit conferred under circumstances that make it unjust and inequitable for NuWave to retain it without paying Plaintiff and members of the Class the value thereof. Specifically, NuWave retained that benefit even though the Ovens were defective.

114. When purchasing their Ovens, Plaintiff and Class members reasonably believed that the Ovens would perform as advertised and as warranted and would remain intact and continued to work after normal use.

115. Plaintiff and Class members received less than what they paid for in that the Ovens contain a defect that makes their Domes crack, rendering them useless.

116. Plaintiff and the Class conferred a benefit on NuWave by purchasing the Ovens. Had Plaintiff and Class members known about the Ovens' defect—which resulted in the Ovens becoming unusable—they would not have purchased the Ovens or would have paid significantly less for them.

117. NuWave should therefore be required to disgorge all profits, benefits, and other such compensation it obtained through its wrongful conduct.

**REQUESTS FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, respectfully requests that this Court:

A.    Certify the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure;

B.    Award damages to Plaintiff and the class in an amount to be determined

1    at trial;

2    C.    Grant restitution to Plaintiff and the class and require NuWave to

3    disgorge its ill-gotten gains;

4    D.    Declare that NuWave violated the consumer protection laws alleged in

5    this Complaint, and permanently enjoin NuWave from engaging in the

6    wrongful and unlawful conduct alleged herein;

7    E.    Award punitive damages, to the extent permitted by law, in an amount

8    to be determined at trial;

9    F.    Award Plaintiff and the Class their expenses and costs of suit, including

10    reasonable attorneys' fees to the extent provided by law;

11    G.    Award Plaintiff and the Class pre-judgment and post-judgment interest

12    at the highest legal rate to the extent provided by law; and

13    H.    Award all such further relief as the Court deems appropriate.

14    **DEMAND FOR JURY TRIAL**

15    On behalf of herself and the Class, Plaintiff hereby demands trial by jury on all

16    issues in this Complaint that are so triable.

17

18    Dated:  September 13, 2019                Respectfully submitted,

19                                             /s/ *Hassan A. Zavareei*

20                                             Hassan Zavareei (State Bar No. 181547)
                                                hzavareei@tzlegal.com
21                                             **TYCKO & ZAVAREEI LLP**
                                               1970 Broadway, Suite 1070
22                                             Oakland, CA 94612
                                               Telephone: (510) 254-6808
23                                             Facsimile: (202) 973-0950

24                                             Matthew W. Lanahan (*Pro Hac Vice*
                                               Forthcoming)
25                                              mlanahan@tzlegal.com
                                               **TYCKO & ZAVAREEI LLP**
26                                             1828 L St. NW, Suite 1000
                                               Washington, D.C., 20036
27                                             Telephone: (202-973-0900)
                                               Facisimile: (202-973-0950)
28

34

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Melissa S. Weiner (*Pro Hac Vice* Forthcoming)
  mweiner@pswlaw.com
Joseph C. Bourne (State Bar No. 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389 0600
Facsimile: (612) 389 0610


Jeff Ostrow (*Pro Hac Vice* Forthcoming)
  ostrow@kolawyers.com
Jonathan M. Streisfeld (*Pro Hac Vice* Forthcoming)
  streisfeld@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

*Attorneys for Plaintiff*