NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Hassan A. Zavareei LLP
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808

ATTORNEY(S) FOR: Plaintiff Kiana Horn

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Kiana Horn, on behalf of herself and all others others similarly situated, | CASE NUMBER: 2:19-cv-07955 |
|---|---|
| Plaintiff(s), | |
| v. | |
| NuWave, LLC, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Kiana Horn or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Kiana Horn | Plaintiff |
| NuWave, LLC | Defendant |

September 13, 2019                    /s/ Hassan A. Zavareei
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Kiana Horn

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**