**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kiana Horn, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br>NuWave, LLC,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-07955 RSWL (KSx)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .


September 17, 2019                                     s/ RONALD S.W. LEW
Date                                                           United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge   Stephen V. Wilson   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   SVW   after the case number in place of the initials of the prior judge so that the case number will read   2:19cv7955 SVW(KSx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (10/16)                              ORDER RETURNING CASE FOR REASSIGNMENT